BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0237 MHP |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| DAVID NOSAL and BECKY CHRISTIAN, | ) |
| Defendant. | ) |

With the agreement of the parties in open court on April 25, 2008, and with the consent of the defendant David Nosal ("defendant"), the Court enters this order (1) setting a hearing on May 19, 2008, at 10:00 a.m. before the Honorable Marilyn Hall Patel and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 25, 2008 to May 19, 2008. The Court finds and holds, as follows:

1. The defendant made his initial appearance before the Court on April 25, 2008. Counsel advised the Court on that date that the government would be producing discovery to the defense. Counsel for the defendant, Steven Gruel, needs time to review the discovery and to investigate the case. Continuing the case until May 19, 2008 will give the defendant an opportunity to accomplish this objective. Counsel also informed the Court that either defense counsel or government counsel would be as unavailable for an appearance before Judge Patel until May 19, 2008.

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP ]

1  2.   The Court finds that, taking into the account the public interest in the
prompt disposition of criminal cases, granting the continuance until May 19, 2008 is
necessary for effective preparation of defense counsel and for reasonable continuity of
defense counsel and government counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given
these circumstances, the Court finds that the ends of justice served by excluding the
period from April 25, 2008 to May 19, 2008 outweigh the best interest of the public and
the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3.   Accordingly, and with the consent of the defendant David Nosal, the Court
(1) sets a hearing for May 19, 2008 at 10:00 a.m. before the Honorable Marilyn Hall Patel
and (2) orders that the period from April 25, 2008 to May 19, 2008 be excluded from
Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

SO STIPULATED.

DATED:   April 30, 2008

BRIAN J. STRETCH
Acting United States Attorney

KYLE F. WALDINGER
Assistant United States Attorney

DATED:   April 27th, 2008

STEVEN F. GRUEL
Attorney for the defendant David Nosal

IT IS SO ORDERED.

DATED:

JAMES LARSON
United States Magistrate Judge

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP ]    -2-