**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 5, 2008

Case No.   CR 08-0237   MHP          Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- BECKY CHRISTAIN (b);

Attorneys:   Plf: Kyle Waldinger
             Dft: Steven Bauer

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Matter continued to 5/19/2008 at 10:00 am;

Excludable time found re effective preparation of counsel; Govt to submit order.