1  LATHAM & WATKINS LLP
     Steven M. Bauer (Bar No. 135067)
2        steven.bauer@lw.com
     Danielle Lackey (Bar No. 252062)
3        danielle.lackey@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  415.391.0600
5  Facsimile:   415.395.8095

6  Attorneys for Defendant
   BECKY CHRISTIAN
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | UNITED STATES OF AMERICA, | CASE NO. CR 08-0237-MHP |
|----|---------------------------|--------------------------|
| 13 | Plaintiff, | NOTICE OF APPEARANCE |
| 14 | v. | |
| 15 | DAVID NOSAL and BECKY CHRISTIAN, | |
| 16 | | |
| 17 | Defendants. | |

18

19         PLEASE TAKE NOTICE that the law firm of Latham & Watkins LLP hereby

20  appears in this action as counsel for Defendant Becky Christian and requests that all papers in

21  this action be served upon, and all communications direct to, the undersigned at the address

22  provided above.

23  Dated: May __, 2008                  Respectfully submitted,

24                                       LATHAM & WATKINS LLP
                                            Danielle A. Lackey
25

26
                                         By /s/
27                                          Danielle A. Lackey
                                            Attorneys for Defendant
28                                          BECKY CHRISTIAN

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **May 6, 2008**, I served the following document described as:

**NOTICE OF APPEARANCE**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| Thomas F. Carlucci, Esq.<br>Foley & Lardner LLP<br>One Maritime Plaza, Suite 600<br>San Francisco, CA 94111 | Steven F. Gruel, Esq.<br>Law Office of Steven F. Gruel<br>655 Montgomery Street, Suite 1700<br>San Francisco, CA 94111 |

Leland (Lee) Altschuler, Esq.
407 Sherman Avenue, Suite 200
Palo Alto, CA 94306

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **May 6, 2008**, at San Francisco, California.

/s/
Martha Huston