**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 19, 2008

Case No.   CR 08-0237   MHP            Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- DAVID NOSAL (b); BECKY CHRISTIAN (b);

Attorneys:   Plf: Kyle Waldinger
             Dft: Steven Gruel, Steven Bauer

Deputy Clerk: Anthony Bowser   Court Reporter: Connie Kuhl

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant s present in court; Counsel submit after further discussion; Briefing schedules as follows:

    Motion to Sever to be filed by 5/30/2008;
    Opposition to be filed by 6/9/2008;
    Motion to be heard 11;00 am on 6/16/2008;

Excludable time found re effective preparation of counsel, complexity, discovery; Govt to submit order.