```
                                          Pages 1 - 6

             UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE MARILYN HALL PATEL

UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,            )
                               )
   vs.                         ) NO. CR 08-0237 MHP
                               )
BECKY CHRISTIAN,               )
                               ) San Francisco, California
         Defendant.            ) Monday
                               ) May 5, 2008
_____) 10:00 a.m.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**For's Plaintiff:**       JOSEPH P. RUSSONIELLO
                           United States Attorney
                           450 Golden Gate Ave.
                           San Francisco, California  94102
                **BY: KYLE WALDINGER, AUSA**


**For Defendant:**         Latham & Watkins, LLP
                           505 Montgomery Street
                           19th Floor
                           San Francisco, California 94111
                **BY: STEVEN BAUER, ESQ.**




Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               Official Reporter - US District Court
               Computerized Transcription By Eclipse

```
 1                    P R O C E E D I N G S
 2   MAY 5, 2007                                        10:09 a.m.
 3
 4            (Defendant present, out of custody.)
 5            THE CLERK:  Calling Criminal 08-0237, United States
 6   versus Becky Christian.
 7            MR. WALDINGER:  Good morning, your Honor.  Kyle
 8   Waldinger behalf of the United States.
 9            THE COURT:  Good morning.
10            MR. BAUER:  Good morning, your Honor.  Steve Bauer on
11   behalf of Becky Christian, who is present.
12            MR. WALDINGER:  Your Honor, this is our first
13   appearance.  There is a codefendant whose initial appearance is
14   scheduled before your Honor on May 19th.
15            THE COURT:  There are some related cases though, are
16   there not?
17            MR. WALDINGER:  There are two related cases and your
18   Honor made a related case finding on those.
19            MR. BAUER:  Your Honor, I had requested to get on
20   calendar today rather than to wait two weeks for the lead
21   defendant for two reasons.
22            One is I wanted to have a fighting chance at getting
23   an August trial date from you for a couple reasons.  One is I
24   have a long trial in New York that starts in September, and I'm
25   going to be out.
```

```
 1            And, second, Miss Christian had to resign from her
 2   job, and so she is not indemnified.  She doesn't have work, so
 3   I would like to move this along as best I could.  So I
 4   appreciate being on the calendar.
 5            THE COURT:  What about this getting this case to
 6   trial in September?
 7            MR. WALDINGER:  We don't whether the --
 8            THE COURT:  I mean, August.  I have some other cases
 9   that precede it also, probably.
10            MR. WALDINGER:  And we don't know what the
11   codefendant's position is on that is, your Honor.
12            THE COURT:  Who is representing the codefendant?
13            MR. WALDINGER:  Steve Gruel.
14            THE COURT:  And when is that?
15            MR. WALDINGER:  We are here before your Honor on
16   May 19th.
17            MR. BAUER:  Your Honor, if I may.  We -- I have sent
18   a letter to the government and asked them to consider
19   stipulating to a severance.  If not, we will have a severance
20   motion to file.
21            The lead defendant sent out a press release not too
22   long ago blaming Miss Christian and everyone else for this
23   case.
24            I think we have, it's clear, an antagonistic defense
25   as I have ever seen.  So I was hoping that we might not even
```

1  have to go through that.
2          **THE COURT:**  We will have a little talk about
3  Mr. Gruel when he gets here about all of that.  We will try it
4  here not in the press.  On both sides, okay?
5          I'm willing to put it on for -- do you want to come
6  back in a couple weeks?  I'm not going to set a trial date now.
7          **MR. BAUER:**  Okay.  Well, I thought I had a fighting
8  chance.  You wouldn't do it if I never asked, right?
9          **THE COURT:**  Right.  I'm not going to set a trial date
10 now.  You want to come back in two weeks?  I think we need to
11 organize and coordinate this.
12         I think, Tony, we have what?  We have a horrible -- a
13 lot of cases.  When is that beginning of August?
14         (Discussion held off the record.)
15         **THE COURT:**  I have serious doubt you are going to get
16 to trial in August, but we will see.  There are older cases
17 than this.  One of them I have been trying to get to trial for
18 a long time.  They have tried everything in the book so far.
19 Okay.
20         **MR. BAUER:**  Your Honor, do you have any preference on
21 a severance motion?  Can I just file that under the local rules
22 or do we need to wait for a motion schedule?
23         **THE COURT:**  We will take it up at the next hearing
24 when you are all here.
25         **MR. BAUER:**  Very well.

```
 1             THE COURT:  So come in on the 19th.  Your client can
 2   be excused from appearing on that date, because we will just be
 3   doing scheduling.
 4             MR. BAUER:  Very well.  Thank you.
 5             THE COURT:  Does she reside locally?
 6             MR. BAUER:  Yes.
 7             THE COURT:  She can be here or not.
 8        Do you have any objection to her being excused from
 9   the next appearance?
10             MR. WALDINGER:  I do not, your Honor.
11             THE COURT:  Be here on May 19th.  What time is that
12   on?  10:00 o'clock.
13             THE CLERK:  10:00 o'clock.
14             THE COURT:  10:00 o'clock and we will take it up with
15   everybody.
16             MR. WALDINGER:  Your Honor, I have provided several
17   hundred pages of discovery to counsel and I'm going to be
18   providing some more.  I think it would be appropriate to
19   exclude time between now and May 19th.
20             THE COURT:  When does time -- when does time run
21   right now?
22             MR. WALDINGER:  Right now the codefendant's time is
23   excluded until May 19th.  So it would automatically be excluded
24   for this defendant, but out of an abundance of caution I would
25   ask for a separate finding with respect to this defendant.
```

```
 1            MR. BAUER:  I guess I would object at this point, if
 2   it's only a few hundred pages.  It doesn't seem all that
 3   complicated to me.
 4            MR. WALDINGER:  It doesn't really matter, I guess,
 5   whether counsel -- my separate request today is for a specific
 6   finding with respect to this defendant, but, of course, because
 7   time is excluded with respect to the codefendant and because
 8   Miss Christian's has case has not been severed, it is excluded
 9   for her as well.
10            THE COURT:  Well, I will exclude time until the 19th,
11   but we will take up this whole issue of excluding time until
12   then, particularly given the fact that it's a multi-defendant
13   case -- or two defendant case.
14            And the other defendant has excluded time before
15   whom?  He hasn't appeared before me.
16            MR. WALDINGER:  Judge Larson.
17            THE COURT:  The magistrate judge, okay.  So time is
18   excluded until the 19th and we will see you on the 19th then at
19   10:00 o'clock.
20            MR. WALDINGER:  Thank you, your Honor.
21            MR. BAUER:  Thank you, your Honor.
22            (Whereupon, further proceedings in the
23             above matter were adjourned.)
24                            --oo--
25
```

**CERTIFICATE OF REPORTER**

     I, DEBRA L. PAS, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in CR 08-0237 MHP, UNITED STATES OF AMERICA vs BECKY CHRISTIAN were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

    The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

    Debra L. Pas, CSR 11916, CRR, RMR, RPR

        Friday, May 23, 2008