1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
   KYLE F. WALDINGER (ILSB 6238304)
3  Assistant United States Attorney

4     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
5     Telephone: (415) 436-6830
      Facsimile: (415) 436-7234
6
   Attorneys for Plaintiff
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,    )   No. CR 08-0237 MHP
                                   )
12     Plaintiff,                   )
                                   )   [~~PROPOSED~~] ORDER DOCUMENTING
13   v.                             )   EXCLUSION OF TIME
                                   )
14 DAVID NOSAL and                 )
   BECKY CHRISTIAN,                )
15                                 )
       Defendant.                   )
16 _____ )

17       The Court hereby enters this order documenting the exclusion of time under the

18 Speedy Trial Act, 18 U.S.C. § 3161, from May 19, 2008, to June 16, 2008 as to both the

19 defendant Nosal and the defendant Christian. The Court finds and holds, as follows:

20       1.    The defendants David Nosal and Becky Christian appeared before the Court

21 on May 19, 2008. At that time, the Court set a briefing schedule and hearing date for the

22 defendant Christian's motion to sever. The defendant Christian will file her motion to

23 sever by May 30, 2008. The government will file its response to that motion on June 9,

24 2008. The Court will hold a hearing on that motion on June 16, 2008.

25       2.    Counsel also advised the Court that the government had produced a

26 significant amount of paper discovery in the case, and that it would be producing some

27 additional paper discovery and a large amount of electronic discovery.

28       3.    Based on the facts set out above and on the record in open court, the Court

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP]

finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting a continuance until June 16, 2008, is necessary based on the complexity of this case, on the amount of discovery that has been and will be produced, on the need for both defense counsel to prepare motions, and on the need for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(8)(B)(ii) & (iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 19, 2008, to June 16, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A). The Court also notes that time will be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) upon the filing of the defendant Christian's motion to sever.

4.  Accordingly, for all of the reasons set forth above and on the record in open court, the Court orders that the period from May 19, 2008, to June 16, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv) as to both the defendant Nosal and the defendant Christian.

IT IS SO ORDERED.

DATED: May 23, 2008



[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP]        -2-