LATHAM & WATKINS LLP
   Steven M. Bauer (Bar No. 135067)
     steven.bauer@lw.com
   Danielle Lackey (Bar No. 252062)
     danielle.lackey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Defendant
BECKY CHRISTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>        Defendants. | CASE NO. CR 08-0237-MHP<br><br>FURTHER DECLARATION OF STEVEN M. BAUER IN SUPPORT OF MOTION TO SEVER<br><br>The Honorable Marilyn Hall Patel<br>Courtroom 14<br>Date: June 16, 2008<br>Time: 11:00 a.m. |

I, Steven M. Bauer, declare as follows:

1. I am an attorney, licensed to practice law with the courts of the State of California. I am a partner of Latham & Watkins LLP, counsel of record for Defendant Becky Christian in this matter. I have knowledge of the following facts and information and, if called upon to do so, could testify truthfully thereto.

2. Attached hereto is a true and correct copy of Exhibit 2 to my May 30 declaration (referenced in paragraph 3 of that declaration), which is the FBI-302 interview memoranda of

1  Becky Christian dated December 15, 2006.
2      I declare under penalty of perjury that the foregoing is true and correct. Executed
3  at San Francisco, California on June 4, 2008.

*[signature]*
Steven M. Bauer

# EXHIBIT 2

Case 3:08-cr-00237-MHP    Document 21-2    Filed 06/05/2008    Page 1 of 3

LATHAM & WATKINS LLP
　　Steven M. Bauer (Bar No. 135067)
　　　　steven.bauer@lw.com
　　Danielle Lackey (Bar No. 252062)
　　　　danielle.lackey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Defendant
BECKY CHRISTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>　　　　Defendants. | CASE NO. CR 08-0237-MHP<br><br>MANUAL FILING NOTIFICATION<br><br>EXHIBIT 2: FBI-302 INTERVIEW MEMORANDUM OF BECKY CHRISTIAN DATED DECEMBER 15, 2006<br><br>[FILED UNDER SEAL IN ITS ENTIRETY]<br><br>Date: June 16, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |

**FILED UNDER SEAL PURSUANT TO**

**STIPULATED INTERIM PROTECTIVE ORDER**

# MANUAL FILING NOTIFICATION

<u>Regarding: Exhibit</u>.

      This filing is in paper only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

      This filing was not efiled for the following reason(s):

____ Voluminous Document (PDF file size larger than efiling system allowances)

____ Unable to Scan Documents

____ Physical Object (description): _____

_____

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (description): _____

_____


Dated: June 4, 2008

Respectfully Submitted,

LATHAM & WATKINS LLP
   Steven M. Bauer
   Danielle Lackey


By _____/s/ Steven M. Bauer_____
   Steven M. Bauer
   Attorneys for Defendants
   BECKY CHRISTIAN