LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Danielle Lackey (Bar No. 252062)
    danielle.lackey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Defendant
BECKY CHRISTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 08-0237-MHP |
| Plaintiff, | ADMINISTRATIVE MOTION BY BECKY CHRISTIAN FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL |
| v. | |
| DAVID NOSAL and BECKY CHRISTIAN, | Date: June 16, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |
| Defendants. | |

PLEASE TAKE NOTICE that defendant Becky Christian hereby requests that the following documents be filed under seal: Exhibit 2 to the Declaration of Steven M. Bauer. This document is a December 15, 2006 FBI-302 Memorandum of Interview received from the government in the discovery in this case. Its contains considerable personal and confidential information relating to Becky Christian and others. We believe the information should not be in the public files in this case so that it is not available to potential witnesses in this case, risking affecting their testimony and recollections. We also believe that much of the personal information in the document should not be available to the world at large in the interests of the

1  privacy interests of the defendant and others.  For that reason, we believe there is good cause for
2  the Court to grant this administrative motion to file this document under seal.
3
4  Dated:  June 4, 2008                    Respectfully submitted,
5                                           LATHAM & WATKINS LLP
                                             Steven M. Bauer
6                                            Danielle Lackey
7
                                          By  /s/ Steven M. Bauer
8                                            _____
                                             Steven M. Bauer
                                             Attorneys for Defendant
9                                            BECKY CHRISTIAN
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
 Steven M. Bauer (Bar No. 135067)
  steven.bauer@lw.com
 Danielle Lackey (Bar No. 252062)
  danielle.lackey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Defendant
BECKY CHRISTIAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>  Defendants. | CASE NO. CR 08-0237-MHP<br><br>[PROPOSED] ORDER GRANTING BECKY CHRISTIAN'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL<br><br>Date: June 16, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |

  Good cause appearing, the application of Defendant Becky Christian to file certain exhibits under seal is **GRANTED**.

  Dated:_____

             By: _____
               The Honorable Marilyn H. Patel
               United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CR 08-0237-MHP
[Proposed] Order Granting Christian's Administrative
Mot for Leave to File