1  LATHAM & WATKINS LLP
       Steven M. Bauer (Bar No. 135067)
2      steven.bauer@lw.com
       Danielle Lackey (Bar No. 252062)
3      danielle.lackey@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: 415.391.0600
5  Facsimile: 415.395.8095

6  Attorneys for Defendant
   BECKY CHRISTIAN
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | CASE NO. CR 08-0237-MHP |
| 13         Plaintiff, | DECLARATION OF STEVEN M. BAUER IN SUPPORT OF ADMINISTRATIVE |
| 14         v. | MOTION TO FILE UNDER SEAL EXHIBIT 2 TO THE FURTHER DECLARATION OF |
| 15  DAVID NOSAL and BECKY CHRISTIAN, | STEVEN M. BAUER IN SUPPORT OF MOTION TO SEVER |
| 16         Defendants. | The Honorable Marilyn Hall Patel Courtroom 14 |
| 17  | Date: June 16, 2008 |
| 18  | Time: 11:00 a.m. |

19

20         I, Steven M. Bauer, declare as follows:

21         1.     I am an attorney, licensed to practice law with the courts of the State of

22  California. I am a partner of Latham & Watkins LLP, counsel of record for Defendant Becky

23  Christian in this matter. I have knowledge of the following facts and information and, if called

24  upon to do so, could testify truthfully thereto.

25         2.     Exhibit 2 to my May 30 declaration (referenced in paragraph 3 of my declaration)

26  is the FBI-302 interview memoranda of Becky Christian dated December 15, 2006. That

27  memorandum contains personal and confidential material relating to Defendant Christian and to

28

1  others.

2      3.    The Stipulated Interim Protective Order in this case contemplates the
3  filing of limited materials under seal, where appropriate. (Paragraph 3). In this situation, the
4  material we request to file under seal is limited to just the FBI-302 Memorandum itself.

5          I declare under penalty of perjury that the foregoing is true and correct. Executed
6  at San Francisco, California on June 4, 2008.

                                            /s/ Steven M. Bauer
                                            Steven M. Bauer