| | |
|---|---|
| 1 | HILL & ROBBINS, PC |
|   |    John F. Walsh (Bar No. 135530) |
| 2 |      johnwalsh@hillandrobbins.com |
|   | 1441 Eighteenth Street, Suite 100 |
| 3 | Denver, Colorado 80202 |
|   | Telephone:  303.296.8100 |
| 4 | Facsimile:    303.296.8388 |
| 5 | Attorneys for Defendant |
|   | BECKY CHRISTIAN |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, | CASE NO. CR 08-0237-MHP |
| 13 |              Plaintiff, | NOTICE OF APPEARANCE |
| 14 |    v. | |
| 15 | DAVID NOSAL and | |
|    | BECKY CHRISTIAN, | |
| 16 | | |
| 17 |              Defendants. | |

      PLEASE TAKE NOTICE that the law firm of Hill & Robbins, PC, hereby appears in this action for Defendant Becky Christian as co-counsel to lead counsel Steven Bauer of Latham & Watkins and requests that all papers in this action be served upon, and all

1 | communications direct to, the undersigned at the address provided above.

2 | Dated:  June 5, 2008                           Respectfully submitted,

3 |                                                HILL & ROBBINS, PC
                                                   John F. Walsh
4

5

6 |                                                By /s/_____
                                                   John F. Walsh
                                                   Attorneys for Defendant
7 |                                                BECKY CHRISTIAN