LATHAM & WATKINS LLP
   Steven M. Bauer (Bar No. 135067)
     steven.bauer@lw.com
   Danielle Lackey (Bar No. 252062)
     danielle.lackey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Defendant
BECKY CHRISTIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>        Defendants. | CASE NO. CR 08-0237-MHP<br><br>[PROPOSED] ORDER GRANTING BECKY CHRISTIAN'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL<br><br>Date: June 16, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |

     Good cause appearing, the application of Defendant Becky Christian to file certain exhibits under seal is **GRANTED**.

Dated: June 6, 2008

By: _____
*IT IS SO ORDERED*
Judge Marilyn H. Patel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CR 08-0237-MHP
[Proposed] Order Granting Christian's Administrative
Mot for Leave to File

1  LATHAM & WATKINS LLP
     Steven M. Bauer (Bar No. 135067)
2        steven.bauer@lw.com
     Danielle Lackey (Bar No. 252062)
3        danielle.lackey@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: 415.391.0600
5  Facsimile:  415.395.8095

6  Attorneys for Defendant
   BECKY CHRISTIAN
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,          | CASE NO. CR 08-0237-MHP

13 |         Plaintiff,                 | [~~PROPOSED~~] ORDER GRANTING BECKY
                                          CHRISTIAN'S ADMINISTRATIVE MOTION
14 |     v.                             | FOR LEAVE TO FILE CERTAIN EXHIBITS
                                          UNDER SEAL
15 | DAVID NOSAL and
   | BECKY CHRISTIAN,                   | Date: June 16, 2008
16 |                                    | Time: 11:00 a.m.
   |         Defendants.                | Place: Courtroom 15, 18th Floor
17 |                                    | Judge: Hon. Marilyn H. Patel

18

19
        Good cause appearing, the application of Defendant Becky Christian to file
20
   certain exhibits under seal is **GRANTED**.
21

22    Dated:  6/6/08

23

24

25                              By: _____
                                    The Honorable Marilyn H. Patel
26                                  United States District Court Judge

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CR 08-0237-MHP
[Proposed] Order Granting Christian's Administrative
Mot for Leave to File

#27