LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
  steven.bauer@lw.com
  Danielle Lackey (Bar No. 252062)
  danielle.lackey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Attorneys for Defendant
BECKY CHRISTIAN

FILED
JUN -5 AM 11:08
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN X 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>Defendants. | CASE NO. CR 08-0237-MHP<br><br>PROOF OF SERVICE BY HAND DELIVERY OF MANUAL FILING NOTIFICATION<br><br>EXHIBIT 2: FURTHER DECLARATION OF STEVEN M. BAUER IN SUPPORT OF MOTION TO SEVER<br><br>Date: June 16, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **June 5, 2008**, I served the following document described as:

**MANUAL FILING NOTIFICATION (EXHIBIT 2: FURTHER DECLARATION OF STEVEN M. BAUER IN SUPPORT OF MOTION TO SEVER**

by serving a true copy of the above-described document in the following manner:

### BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Steven F. Gruel, Esq.  
655 Montgomery Street, Suite 1700  
San Francisco, CA 94122

Kyle F. Waldinger, Esq.  
Assistant United States Attorney  
United States Attorney Office  
450 Golden Gate Avenue, 11th Floor  
San Francisco, CA 94102

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 5, 2008**, at San Francisco, California.

_Doreen M. Griffin_