1  LATHAM & WATKINS LLP
      Steven M. Bauer (State Bar No. 135067)
2     Steve.bauer@lw.com
   505 Montgomery St., Suite 1900
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095

5  HILL & ROBBINS, PC
      John F. Walsh (State Bar No. 135530)
6     johnwalsh@hillandrobbins.com
   1441 Eighteenth Street, Suite 100
7  Denver, Colorado 80202
   Telephone:  (303) 296-8100
8  Facsimile:  (303) 296-8388

9  Attorneys for Defendant
   Becky Christian
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          No. CR-08-0237-MHP
15
               Plaintiff,             **[PROPOSED] ORDER GRANTING
16                                    DEFENDANT BECKY CHRISTIAN'S
         v.                           MOTION TO SEVER**
17
   DAVID NOSAL and                    The Honorable Marilyn Hall Patel
18 BECKY CHRISTIAN,                   Courtroom 14
                                      Date:  June 16, 2008
19             Defendants.            Time: 11:00 a.m.

20
21         The Court held a hearing considering the Defendant's Motion to Sever.  After

22 reviewing the pleadings and evidence concerning this Motion, and considering the arguments of

23 counsel, good cause appearing and for the reasons stated therein and by the Court at the hearing,

24 Defendant Christian's Motion to Sever is Granted.

25         SO ORDERED.

26 DATED: June ___, 2008              By_____
                                      The Honorable Marilyn Hall Patel
27                                    United States District Court Judge

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NO. CR-08-0237-MHP
[PROPOSED] ORDER GRANTING DEFENDANT
CHRISTIAN'S MOTION TO SEVER