1   LATHAM & WATKINS LLP
        Steven M. Bauer (State Bar No. 135067)
2       Steve.bauer@lw.com
    505 Montgomery St., Suite 1900
3   San Francisco, California 94111-2562
    Telephone: (415) 391-0600
4   Facsimile: (415) 395-8095

5   HILL & ROBBINS, PC
        John F. Walsh (State Bar No. 135530)
6       johnwalsh@hillandrobbins.com
    1441 Eighteenth Street, Suite 100
7   Denver, Colorado 80202
    Telephone:  (303) 296-8100
8   Facsimile:  (303) 296-8388

9   Attorneys for Defendant
    Becky Christian

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,            No. CR-08-0237-MHP

16              Plaintiff,               ~~[PROPOSED]~~ ORDER GRANTING
                                          DEFENDANT BECKY CHRISTIAN'S
16          v.                            MOTION TO SEVER

17  DAVID NOSAL and                      The Honorable Marilyn Hall Patel
18  BECKY CHRISTIAN,                     Courtroom 14
                                         Date:  June 16, 2008
19              Defendants.              Time: 11:00 a.m.

20

21          The Court held a hearing considering the Defendant's Motion to Sever.  After

22  reviewing the pleadings and evidence concerning this Motion, and considering the arguments of

23  counsel, good cause appearing and for the reasons stated therein and by the Court at the hearing,

24  Defendant Christian's Motion to Sever is Granted.

25          SO ORDERED.

26  DATED:  June 19 , 2008           By_____
                                         The Honorable Marilyn Hall Patel
27                                       United States District Judge

28

IT IS SO ORDERED

Judge Marilyn H. Patel

NO. CR-08-0237-MHP
[PROPOSED] ORDER GRANTING DEFENDANT
CHRISTIAN'S MOTION TO SEVER