LATHAM & WATKINS LLP
   Steven M. Bauer (State Bar No. 135067)
   Steve.bauer@lw.com
505 Montgomery St., Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

HILL & ROBBINS, PC
   John F. Walsh (State Bar No. 135530)
   johnwalsh@hillandrobbins.com
1441 Eighteenth Street, Suite 100
Denver, Colorado 80202
Telephone:  (303) 296-8100
Facsimile:   (303) 296-8388

Attorneys for Defendant
Becky Christian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>      Defendants. | No. CR-08-0237-MHP<br><br>**JOINT MOTION FOR BRIEF EXTENSION OF DEADLINE FOR PRETRIAL FILINGS**<br><br>The Honorable Marilyn Hall Patel<br>Courtroom 14 |

       Defendant Becky Christian, by and through her counsel of record, and the United States, by and through Assistant U.S. Attorney Kyle Waldinger, hereby submit this stipulated motion for a five day extension of the current deadline for pretrial filings in the case of Defendant Becky Christian, and in support of this stipulated motion, state as follows:

       1.    At the hearing held by this Court on June 16, 2008, the Court severed the trials of Defendant Nosal and Defendant Christian, and set trial in the Christian case for August 5, 2008 at 8:30 a.m., with a Pretrial Conference July 24, 2008, at 2:30 p.m.  The Court also ordered that all pretrial filings for the Pretrial Conference be set 10 days prior to the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NO. CR-08-0237-MHP
STIPULATED MOTION FOR BRIEF EXTENSION
OF DEADLINE FOR PRETRIAL FILINGS

1 Conference. Under the rules, these filings would thus be due on July 10, 2008.

2. Because of the need to prepare trial briefs, motions in limine, jury instructions, and other filings, and to confer where possible to limit disagreements between the United States and Ms. Christian, and due to the press of other matters (including the intervening July 4th holiday), the United States and Ms. Christian respectfully request that they be given an additional five days, to and including Wednesday, July 15, 2008, to make their pretrial filings. No other deadlines need by altered as a result of this request.

3. This brief (five-day) extension will permit oppositions to any motions in limine to be filed a week later, and still several days in advance of the scheduled July 24, 2008 Pretrial Hearing.

For these reasons, Defendant Christian and the United States jointly move the Court to grant them the additional period of five days, from July 10, 2008 to July 15, 2008 for the filing of all pretrial filings. A proposed order is attached.

DATED: June 27, 2008                    Respectfully Submitted,

                                        LATHAM & WATKINS

                                        _____/s/_____
                                        STEVEN M. BAUER

                                        HILL & ROBBINS, P.C.

                                        JOHN F. WALSH
                                        Attorneys for the defendant Becky Christian

DATED: June 27, 2008

                                        BRIAN J. STRETCH
                                        Acting United States Attorney


                                        _____/s/_____
                                        KYLE F. WALDINGER
                                        Assistant United States Attorney

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NO. CR-08-0237-MHP
STIPULATED MOTION FOR BRIEF EXTENSION
OF DEADLINE FOR PRETRIAL FILINGS

LATHAM & WATKINS LLP
   Steven M. Bauer (State Bar No. 135067)
   Steve.bauer@lw.com
505 Montgomery St., Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

HILL & ROBBINS, PC
   John F. Walsh (State Bar No. 135530)
   johnwalsh@hillandrobbins.com
1441 Eighteenth Street, Suite 100
Denver, Colorado 80202
Telephone:  (303) 296-8100
Facsimile:   (303) 296-8388

Attorneys for Defendant
Becky Christian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>        Defendants. | No. CR-08-0237-MHP<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR BRIEF EXTENSION OF DEADLINE FOR PRETRIAL FILINGS**<br><br>The Honorable Marilyn Hall Patel<br>Courtroom 14 |

      For good cause shown, the Court hereby grants the Joint Motion of Defendant Christian and the United States for an extension of five days, to and including July 15, 2008, of the deadline for all pretrial filings for the August 5, 2008 trial of Defendant Christian, set for Pretrial Conference on July 24, 2008 at 2:30 p.m.

      SO ORDERED, THIS ___ DAY OF _____, 2008

                                    _____
                                    MARILYN HALL PATEL
                                    United States District Judge