1   LATHAM & WATKINS LLP
        Steven M. Bauer (State Bar No. 135067)
2       Steve.bauer@lw.com
    505 Montgomery St., Suite 1900
3   San Francisco, California 94111-2562
    Telephone: (415) 391-0600
4   Facsimile: (415) 395-8095

5   HILL & ROBBINS, PC
        John F. Walsh (State Bar No. 135530)
6       johnwalsh@hillandrobbins.com
    1441 Eighteenth Street, Suite 100
7   Denver, Colorado 80202
    Telephone:  (303) 296-8100
8   Facsimile:  (303) 296-8388

9   Attorneys for Defendant
    Becky Christian

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          No. CR-08-0237-MHP

16              Plaintiff,             **[PROPOSED]** ORDER GRANTING JOINT
                                       **MOTION FOR BRIEF EXTENSION OF**
16                                     **DEADLINE FOR PRETRIAL FILINGS**

17          v.

    DAVID NOSAL and                    The Honorable Marilyn Hall Patel
18  BECKY CHRISTIAN,                   Courtroom 14

19              Defendants.

20

21          For good cause shown, the Court hereby grants the Joint Motion of Defendant

22  Christian and the United States for an extension of five days, to and including July 15, 2008, of

23  the deadline for all pretrial filings for the August 5, 2008 trial of Defendant Christian, set for

24  Pretrial Conference on July 24, 2008 at 2:30 p.m.

25

26          SO ORDERED, THIS  3rd  DAY OF  July          , 2008

27          _____

    MARILYN HALL PATEL
28  United States District

    IT IS SO ORDERED

    Judge Marilyn H. Patel