BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| DAVID NOSAL and BECKY CHRISTIAN, | ) | |
| Defendant. | ) | |

    With the agreement of the parties in open court on June 16, 2008, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 16, 2008, to July 7, 2008, with respect to the defendant David Nosal. The parties stipulate, and the Court finds and holds, as follows:

    1.    Counsel for the defendant Nosal appeared before the Court on June 16, 2008, along with counsel for the government, counsel for the defendant Christian, and the defendant Christian. The defendant Nosal's appearance had previously been excused. After argument regarding the defendant Christian's motion to sever, the Court granted the motion and set a trial date with respect to the defendant Christian of August 5, 2008.

    2.    With respect to the defendant Nosal, the Court set a hearing for July 7, 2008, for the Court to address the government's and the Court's concerns regarding a potential conflict of interest issue and to set further dates. Counsel for the defendant

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP ]

1  Nosal stated that the defense intended to file pre-trial motions in this matter and that
2  counsel would need additional time to effectively prepare those motions. Continuing the
3  case until July 7, 2008, will give the defendant Nosal and his counsel additional time to
4  investigate and to become more familiar with the case.

5      3.   Based on the facts set out above and on the record in open court, the Court
6  finds that, taking into the account the public interest in the prompt disposition of criminal
7  cases, granting a continuance until July 7, 2008, with respect to the defendant Nosal is
8  necessary based on the complexity of this case, on the amount of discovery that has been
9  and will be produced, on the need for defense counsel to prepare motions, and on the
10 need for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(8)(B)(ii) &
11 (iv). Given these circumstances, the Court finds that the ends of justice served by
12 excluding the period from June 16, 2008, to July 7, 2008, outweigh the best interest of the
13 public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

14     4.   Accordingly, and with the consent of the defendant David Nosal, the
15 Court orders that the period from June 16, 2008, to July 7, 2008, be excluded from
16 Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
17 SO STIPULATED.

18 DATED:    June 20, 2008              BRIAN J. STRETCH
                                        Acting United States Attorney
19

20
                                        _____/s/_____
21                                      KYLE F. WALDINGER
                                        Assistant United States Attorney
22

23
   DATED:    June 20, 2008              _____/s/_____
24                                      STEVEN F. GRUEL
                                        Attorney for the defendant David Nosal
25
   IT IS SO ORDERED.
26          July 3, 2008
   DATED:   ~~June ___, 2008~~
27                                      _____
                                        MARILYN HALL PATEL
                                        United States District Judge
28

STIP. & [~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 08-0237 MHP ]    -2-

