STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00237-MHP (JL) |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] |
| Vs. | ) ) ) | ORDER PERMITING  MODIFICATION OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL TO VANCOUVER |
| DAVID NOSAL, | ) ) | |
| Defendant. | ) ) ) | |

    Defendant David Nosal, by and through their attorney, Steven F. Gruel, hereby requests that his conditions of pretrial release be modified to permit travel to and from Vancouver on July 18, 2008.  This travel is business related.

    On April 25, 2008, the Court authorized Mr. Nosal's pretrial release with the standard conditions including a $50,000 unsecured bond, no travel restrictions within the United States and that Mr. Nosal's passport be surrendered to his counsel.  Defense counsel informed the Court

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL TO VANCOUVER

- 1

that Mr. Nosal's employment requires international travel.  The Court ordered that any request for international travel required notice to the government and the Court's authorization.

The government does not oppose and stipulates to this defense request.  Further, Hence Williams of Pretrial Services has been contacted and does not object to this defense request. Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney for safekeeping until further order of the Court.

SO STIPULATED:

DATED: 07/14/08           __/s/_____
                          STEVEN F. GRUEL,
                          Attorney for David Nosal

DATED:  07/14/08
                          __/s/_____
                          KYLE WALDINGER
                          Assistant United States Attorney

### [PROPOSED]  ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant David Nosal's  pretrial release conditions are modified to allow travel to Vancouver as stated in the above stipulation

Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney for safekeeping until further order of the Court. All other conditions of Mr. Nosal's pretrial release shall remain in effect.

IT IS SO ORDERED.

                          _____
DATED:                    HONORABLE  JAMES LARSON
                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL TO VANCOUVER

- 2