BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 MHP |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER VACATING TRIAL DATE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| BECKY CHRISTIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned case is set for trial on August 5, 2008.  With the agreement of the

parties, and with the consent of the defendant, the Court enters this order (1) vacating the trial

date of August 5, 2008; (2) vacating the pretrial conference date; (3) setting a date of July 24,

2008, at 10:00 a.m. for further proceedings; and (4) documenting the exclusion of time under the

Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 15, 2008, to July 24, 2008.

The parties agree, and the Court finds and holds, as follows:

1.      On June 16, 2008, the parties appeared before this Court for a hearing on the

defendant Christian's motion to sever.  The Court granted the defendant's motion at that time and

set a trial date of August 5, 2008 and a pretrial conference date of July 24, 2008, at 2:30 p.m.

The Court later entered an Order documenting the exclusion of time with respect to the defendant

Christian from April 29, 2008, to June 23, 2008.

2.      Since the parties' last appearance, the parties have engaged in plea discussions.

The parties jointly seek to have the Court vacate the trial date of August 5, 2008, and request to

1    appear before the Court on July 24, 2008, at 10:00 a.m.

2          3.        The government has recently produced several hundred pages of discovery to the

3    defendant, as well as additional electronic discovery.  The defense wishes to review this

4    discovery before July 24, 2008.  Continuing the case until July 24, 2008, will give the defendant

5    the opportunity to accomplish this objective.

6          4.        In light of the facts set out above and in light of the need for effective preparation

7    of defense counsel, the Court finds that, taking into the account the public interest in the prompt

8    disposition of criminal cases, granting the continuance until July 24, 2008, is necessary for

9    effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Given these

10   circumstances, the Court finds that the ends of justice served by excluding the period from July

11   15, 2008, to July 24, 2008, outweigh the best interest of the public and the defendant in a speedy

12   trial.  Id. § 3161(h)(8)(A).

13         5.        Accordingly, and with the consent of the defendant Becky Christian, IT IS

14   HEREBY ORDERED that (1) the trial date of August 5, 2008 is vacated; (2) the pretrial

15   conference date is vacated; (3) the parties should appear before the Court on July 24, 2008, at

16   10:00 a.m.; and (4) the period from July 15, 2008, to July 24, 2008, be excluded from Speedy

17   Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and 18 U.S.C. § 3161(h)(1)(F).

18   SO STIPULATED.

19   DATED:        July 15, 2008                    BRIAN J. STRETCH
                                                    Acting United States Attorney
20

21                                                 _____/s/_____
                                                   KYLE F. WALDINGER
22                                                 Assistant United States Attorney

23   SO STIPULATED.

24   DATED:        July 15, 2008                    _____/s/_____
                                                   STEVEN BAUER
25                                                 JOHN F. WALSH
                                                   Attorney for the defendant Becky Christian
26   IT IS SO ORDERED.

27
     DATED:        July ___, 2008                  _____
28                                                 MARILYN HALL PATEL
                                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-237 MHP                                    -2-