1  BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

2  KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

3

4  450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830

5  Facsimile: (415) 436-7234

6  Attorneys for Plaintiff

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,          )    No. CR 08-0237 MHP
                                       )
12        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                       )    ORDER VACATING TRIAL DATE AND
13        v.                           )    EXCLUDING TIME
                                       )
14  BECKY CHRISTIAN,                   )
                                       )
15        Defendant.                   )
    _____   )

16        The above-captioned case is set for trial on August 5, 2008.  With the agreement of the

17  parties, and with the consent of the defendant, the Court enters this order (1) vacating the trial

18  date of August 5, 2008; (2) vacating the pretrial conference date; (3) setting a date of July 24,

19  2008, at 10:00 a.m. for further proceedings; and (4) documenting the exclusion of time under the

20  Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 15, 2008, to July 24, 2008.

21  The parties agree, and the Court finds and holds, as follows:

22        1.     On June 16, 2008, the parties appeared before this Court for a hearing on the

23  defendant Christian's motion to sever.  The Court granted the defendant's motion at that time and

24  set a trial date of August 5, 2008 and a pretrial conference date of July 24, 2008, at 2:30 p.m.

25  The Court later entered an Order documenting the exclusion of time with respect to the defendant

26  Christian from April 29, 2008, to June 23, 2008.

27        2.     Since the parties' last appearance, the parties have engaged in plea discussions.

28  The parties jointly seek to have the Court vacate the trial date of August 5, 2008, and request to

appear before the Court on July 24, 2008, at 10:00 a.m.

3.    The government has recently produced several hundred pages of discovery to the defendant, as well as additional electronic discovery. The defense wishes to review this discovery before July 24, 2008. Continuing the case until July 24, 2008, will give the defendant the opportunity to accomplish this objective.

4.    In light of the facts set out above and in light of the need for effective preparation of defense counsel, the Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until July 24, 2008, is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 15, 2008, to July 24, 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5.    Accordingly, and with the consent of the defendant Becky Christian, IT IS HEREBY ORDERED that (1) the trial date of August 5, 2008 is vacated; (2) the pretrial conference date is vacated; (3) the parties should appear before the Court on July 24, 2008, at 10:00 a.m.; and (4) the period from July 15, 2008, to July 24, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and 18 U.S.C. § 3161(h)(1)(F).

SO STIPULATED.

DATED:      July 15, 2008                     BRIAN J. STRETCH
                                              Acting United States Attorney


                                              _____/s/_____
                                              KYLE F. WALDINGER
                                              Assistant United States Attorney

SO STIPULATED.

DATED:      July 15, 2008                             /s/
                                              STEVEN BAUER
                                              JOHN F. WALSH
                                              Attorney for the defendant Becky Christian

IT IS SO ORDERED.


DATED:      July 17, 2008
                                              _____
                                              MARILYN HALL P
                                              United States Distri

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA