DAVID L. ANDERSON (CSBN 149604)
Acting United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>DAVID NOSAL et al., )<br>)<br>   Defendants. )<br>_____ ) | No. CR 08-0237 MHP<br><br>**UNITED STATES' NOTICE RE: DESIGNATION OF NEW ACTING UNITED STATES ATTORNEY** |

     The United States hereby informs the Court and the parties herein that Associate Deputy Attorney General David Margolis has now approved the re-assignment of the Acting United States Attorney role for the above-captioned case (and any related cases) from Brian J. Stretch to First Assistant United States Attorney David L. Anderson.

DATED: July 22, 2008          Respectfully submitted,

                                   DAVID L. ANDERSON
                                   Acting United States Attorney


                                      /s/
                                   KYLE F. WALDINGER
                                   Assistant United States Attorney

UNITED STATES' NOTICE
CR 08-0237 MHP