1 | LATHAM & WATKINS LLP
    Steven M. Bauer (State Bar No. 135067)
2 |    Steve.bauer@lw.com
  | 505 Montgomery St., Suite 1900
3 | San Francisco, California 94111-2562
  | Telephone: (415) 391-0600
4 | Facsimile: (415) 395-8095

5 | HILL & ROBBINS, PC
    John F. Walsh (State Bar No. 135530)
6 |    johnwalsh@hillandrobbins.com
  | 1441 Eighteenth Street, Suite 100
7 | Denver, Colorado 80202
  | Telephone: (303) 296-8100
8 | Facsimile: (303) 296-8388

9 | Attorneys for Defendant
  | Becky Christian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR-08-0237-MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL CONDITIONS OF RELEASE RE: TRAVEL** |
| v. | |
| DAVID NOSAL and BECKY CHRISTIAN, | The Honorable Marilyn Hall Patel Courtroom 14 |
| Defendants. | |

Defendant Becky Christian, by and through her attorneys of record, hereby requests that her conditions of pretrial release be modified to permit domestic travel within the continental United States, and international travel with 48 hours advance notice to the United States Attorney's Office.

On April 9, 2008, the Court authorized Ms. Christian's pretrial release on a $25,000 unsecured bond, along with pretrial conditions in the ordinary course and travel restricted to the Northern District of California. Ms Christian is not being supervised by Pretrial Services and was not required to surrender her passport.

On July 24, 2008, Ms. Christian entered a change of plea, and is cooperating with the government in this matter. Sentencing is set for February 9, 2008.

Ms. Christian's business and potential employment may require trips outside the Northern District of California and on occasion may require international travel, generally to the United Kingdom and Europe. Consequently, she respectfully requests that her bond be modified to permit unrestricted travel within the continental United States and international travel on 48 hours prior written notice to the United States Attorney's Office.

The United States Attorney's Office does not object to this request and stipulates to the proposed new conditions.

SO STIPULATED:

DATED: July 31, 2008                    Respectfully Submitted,

                                        Hill & Robbins, P.C.

                                        _____/s/_____
                                        JOHN F. WALSH
                                        Attorney for the Defendant Becky Christian

DATED: July 31, 2008

                                        _____/s/_____
                                        KYLE F. WALDINGER
                                        Assistant United States Attorney

[PROPOSED] ORDER

BASED UPON the above stipulation and FOR GOOD CAUSE, defendant Becky Christian's pretrial release conditions are hereby modified to allow unrestricted travel within the continental United States and international travel with 48 hours prior written notice to the United States Attorney's Office. All other conditions of Ms. Christian's release shall remain in effect.

IT IS SO ORDERED.

DATED:                                  _____
                                        HONORABLE JAMES LARSON
                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL CONDITIONS OF RELEASE RE: TRAVEL            2