LATHAM & WATKINS LLP
   Steven M. Bauer (State Bar No. 135067)
   Steve.bauer@lw.com
505 Montgomery St., Suite 1900
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

HILL & ROBBINS, PC
   John F. Walsh (State Bar No. 135530)
   johnwalsh@hillandrobbins.com
1441 Eighteenth Street, Suite 100
Denver, Colorado 80202
Telephone:  (303) 296-8100
Facsimile:   (303) 296-8388

Attorneys for Defendant
Becky Christian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>DAVID NOSAL and<br>BECKY CHRISTIAN,<br><br>          Defendants. | No. CR-08-0237-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL CONDITIONS OF RELEASE RE: TRAVEL**<br><br>The Honorable Marilyn Hall Patel<br>Courtroom 14 |

     Defendant Becky Christian, by and through her attorneys of record, hereby requests that her conditions of pretrial release be modified to permit domestic travel within the continental United States, and international travel with 48 hours advance notice to the United States Attorney's Office.

     On April 9, 2008, the Court authorized Ms. Christian's pretrial release on a $25,000 unsecured bond, along with pretrial conditions in the ordinary course and travel restricted to the Northern District of California.  Ms Christian is not being supervised by Pretrial Services and was not required to surrender her passport.

1    On July 24, 2008, Ms. Christian entered a change of plea, and is cooperating with the
2 government in this matter.  Sentencing is set for February 9, 2008.
3    Ms. Christian's business and potential employment may require trips outside the
4 Northern District of California and on occasion may require international travel, generally to the
5 United Kingdom and Europe.  Consequently, she respectfully requests that her bond be modified
6 to permit unrestricted travel within the continental United States and international travel on 48
7 hours prior written notice to the United States Attorney's Office.
8    The United States Attorney's Office does not object to this request and stipulates to the
9 proposed new conditions.
10 SO STIPULATED:

11
12 DATED: July 31, 2008                Respectfully Submitted,
13                                     Hill & Robbins, P.C.
14                                     _____/s/_____
15                                     JOHN F. WALSH
                                       Attorney for the Defendant Becky Christian
16 DATED: July 31, 2008
17
18                                     _____/s/_____
                                       KYLE F. WALDINGER
19                                     Assistant United States Attorney

20                        [~~PROPOSED~~] ORDER
21    BASED UPON the above stipulation and FOR GOOD CAUSE, defendant Becky
22 Christian's pretrial release conditions are hereby modified to allow unrestricted travel within the
23 continental United States and international travel with 48 hours prior written notice to the United
24 States Attorney's Office.  All other conditions of Ms. Christian's release shall remain in effect.
25                                     IT IS SO ORDERED.
26
27 DATED:  August 4, 2008              _____
                                       HONORABLE
28                                     United States Magistrate Judge

                                       *Judge James Larson*

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL CONDITIONS OF RELEASE RE: TRAVEL           2