STEVEN F. GRUEL (CSBN 213148)
100 Pine Street, Suite 600
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00237-MHP |
| Plaintiff, | DEFENSE COUNSEL'S NOTICE OF CHANGE OF ADDRESS |
| Vs. | |
| DAVID NOSAL, | Local Rule: Crim. L. R. 3-11(a) |
| Defendant. | |

Defense counsel's new address is now:

STEVEN F. GRUEL
Law Offices of Steven F. Gruel
100 Pine Street, Suite 600
San Francisco, California 94111

Respectfully Submitted,

Dated: September 3, 2008

*/s/ Steven F. Gruel*
STEVEN F. GRUEL
Attorney for David Nosal

1
DEFENSE COUNSEL'S NOTICE OF CHANGE OF ADDRESS