```
 1  SCOTT N. SCHOOLS (SC 9990)
    Associate Deputy Attorney General
 2  Acting United States Attorney

 3  KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, 11th Floor
 5      San Francisco, California 94102
        Telephone: (415) 436-6830
 6      Facsimile: (415) 436-7234

 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 MHP |
| Plaintiff, | ) | |
| | ) | PARTIES' JOINT REQUEST TO CONTINUE |
| v. | ) | SENTENCING DATE AND [PROPOSED] |
| | ) | ORDER |
| BECKY CHRISTIAN, | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Becky Christian, Steven M. Bauer and John F. Walsh, that, subject to the Court's approval, the sentencing hearing presently set for September 28, 2009, be continued and set for a sentencing hearing on May 17, 2010, at 9:00 a.m. The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted by counsel for the United States with respect to this date, and she has indicated that she is available on that date. The parties also note that the Court has previously continued the sentencing dates of two other defendants in related cases (Jacqueline Froehlich-L'Heureaux and Mark Jacobson) to the May 17, 2009 date.

JOINT REQ. & [PROPOSED] ORDER
CR 08-0237 MHP

1    The defendant Becky Christian pled guilty pursuant to a plea agreement on July 24, 2008,
2 to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets,
3 gain unauthorized access to a protected computer, exceed authorized access to a protected
4 computer, and traffic in a password allowing unauthorized access to a protected
5 computer.  The case was referred to the Probation Office for a presentence report.  The plea
6 agreement also includes standard terms of cooperation.
7    In light of continuing cooperation under the terms of the plea agreement, the parties
8 jointly request that the sentencing status hearing on September 28, 2009, be continued for a
9 sentencing hearing on May 17, 2010.  Additional time is needed for the defendant to complete
10 her cooperation with the government.  Specifically, the trial of the co-defendant in this matter —
11 David Nosal — has been set for February 9, 2010.  The defendant Christian is expected to testify
12 in that trial.  Because Ms. Christian will be required to testify at trial, her cooperation with the
13 government's investigation is not yet complete.
14    For all of these reasons, the parties jointly request that this Court vacate the sentencing
15 hearing presently set for September 28, 2009, and set a sentencing hearing for May 17, 2010, at
16 9:00 a.m.  In addition, the parties jointly request that the due dates for the presentence report be
17 calculated using the new sentencing date.
18 SO STIPULATED.
19 Dated: August 21, 2009    SCOTT N. SCHOOLS
                               Acting United States Attorney
20
21                              _____/s/_____
                               KYLE F. WALDINGER
22                             Assistant United States Attorney
23
24 SO STIPULATED.
25 Dated: August 21, 2009                 /s/
                               STEVEN M. BAUER
26                             JOHN F. WALSH
                               Attorneys for defendant Becky Christian
27
28

JOINT REQ. & [PROPOSED] ORDER
CR 08-0237 MHP                      -2-

**[PROPOSED]** O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing status hearing presently set for September 28, 2009, be continued to May 17, 2010, at 9:00 a.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 25th day August, 2009



_____
HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE