1  SCOTT N. SCHOOLS (SC 9990)
   Associate Deputy Attorney General
2  Acting United States Attorney

3  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 11th Floor
5      San Francisco, California 94102
       Telephone: (415) 436-6830
6      Facsimile: (415) 436-7234

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 UNITED STATES OF AMERICA,        )   No. CR 08-0237 MHP
                                    )
13         Plaintiff,               )
                                    )   PARTIES' JOINT REQUEST TO CONTINUE
14      v.                          )   SENTENCING DATE AND [PROPOSED]
                                    )   ORDER
15 BECKY CHRISTIAN,                 )
                                    )
16         Defendant.               )
                                    )
17 _____      )

18         It is hereby stipulated by and between counsel for the United States, Assistant U.S.

19 Attorney Kyle F. Waldinger, and counsel for defendant Becky Christian, Steven M. Bauer and

20 John F. Walsh, that, subject to the Court's approval, the sentencing hearing presently set for May

21 17, 2010, be continued and set for a sentencing hearing on October 18, 2010, at 9:00 a.m.  The

22 United States has previously determined from reviewing the Court's publicly posted scheduling

23 information that the Court is currently available for a hearing on that date.  The assigned

24 probation officer, Constance Cook, also has been consulted by counsel for the United States with

25 respect to this date, and she has indicated that she is available on that date.

26         The defendant Becky Christian pled guilty pursuant to a plea agreement on July 24, 2008,

27 to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain

28 unauthorized access to a protected computer, exceed authorized access to a protected computer,

JOINT REQ. & [PROPOSED] ORDER
CR 08-0237 MHP

and traffic in a password allowing unauthorized access to a protected computer. The case was referred to the Probation Office for a presentence report. The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the sentencing status hearing on May 17, 2010, be continued for a sentencing hearing on October 18, 2010. Additional time is needed for the defendant to complete her cooperation with the government. Specifically, charges have now been filed against an alleged co-conspirator of the defendant, David Nosal. The Nosal case is numbered CR 08-0237 MHP. The United States has filed a notice of appeal in the Nosal case, and the case will not proceed to trial until that appeal is resolved. The defendant Christian is expected to testify in that trial. Because Ms. Christian will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for May 17, 2010, and set a sentencing hearing for October 18, 2010, at 9:00 a.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: April 7, 2010  
SCOTT N. SCHOOLS  
Acting United States Attorney

_____/s/_____  
KYLE F. WALDINGER  
Assistant United States Attorney

SO STIPULATED.

Dated: April 7, 2010  
_____/s/_____  
STEVEN M. BAUER  
JOHN F. WALSH  
Attorneys for defendant Becky Christian



1  **[PROPOSED] O R D E R**

2  GOOD CAUSE APPEARING,

3  IT IS ORDERED that the sentencing status hearing presently set for May 17, 2010, be continued to October 18, 2010, at 9:00 a.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this __8th__ day April, 2010



HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel