MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0237 MHP |
|     Plaintiff, ) | |
|   v. ) | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING DATE AND [~~PROPOSED~~] ORDER |
| BECKY CHRISTIAN, ) | |
|     Defendant. ) | |

     It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Becky Christian, Steven M. Bauer, that, subject to the Court's approval, the sentencing hearing presently set for March 28, 2011, be continued and set for a sentencing hearing on September 26, 2011, at 9:00 a.m. The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Constance Cook, also has been consulted by counsel for the United States with respect to this date, and she has indicated that she is available on that date.

     The defendant Becky Christian pled guilty pursuant to a plea agreement on July 24, 2008, to one count of conspiracy to misappropriate, receive, possess, and transmit trade secrets, gain

1  unauthorized access to a protected computer, exceed authorized access to a protected computer,
2  and traffic in a password allowing unauthorized access to a protected computer.  The case was
3  referred to the Probation Office for a presentence report.  The plea agreement also includes
4  standard terms of cooperation.

5  In light of continuing cooperation under the terms of the plea agreement, the parties
6  jointly request that the sentencing status hearing on March 28, 2011, be continued for a
7  sentencing hearing on September 26, 2011, at 9:00 a.m.  Additional time is needed for the
8  defendant to complete her cooperation with the government.  Specifically, charges have been
9  filed against an alleged co-conspirator of the defendant, David Nosal.  The Nosal case is
10 numbered CR 08-0237 MHP.  The United States has filed a notice of appeal in the Nosal case,
11 and oral argument in the case is scheduled to take place on February 14, 2011.  The Nosal case
12 will not proceed to trial until that appeal is resolved.  The defendant Christian is expected to
13 testify in that trial.  Because Ms. Christian will be required to testify at trial, her cooperation with
14 the government's investigation is not yet complete.

15 For all of these reasons, the parties jointly request that this Court vacate the sentencing
16 hearing presently set for March 28, 2011, and set a sentencing hearing for September 26, 2011, at
17 9:00 a.m. In addition, the parties jointly request that the due dates for the presentence report be
18 calculated using the new sentencing date.

19 SO STIPULATED.

20 Dated: February 14, 2011               MELINDA HAAG
                                         United States Attorney
21

22                                       _____/s/_____
                                         KYLE F. WAVLDINGER
23                                       Assistant United States Attorney

24

25 SO STIPULATED.

26 Dated: February 14, 2011                       /s/
                                         STEVEN M. BAUER
27                                       Attorney for defendant Becky Christian

28

JOINT REQ. & [PROPOSED] ORDER
CR 08-0237 MHP                                    -2-

1 **[~~PROPOSED~~] O R D E R**

2    GOOD CAUSE APPEARING,

3    IT IS ORDERED that the sentencing status hearing presently set for March 28, 2011, be
     **May 23, 2011 at 10:00 a.m.**
4    continued to ~~September 26, 2011, at 9:00 a.m~~.  The final presentence report should be disclosed

5    two weeks prior to the sentencing date.

6    Dated this 15th day of February, 2011



8    _____
     HONORABLE MARILYN HALL PATEL
9    UNITED STATES DISTRICT JUDGE