1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,       )   No. CR 08-0237 EMC
                                    )
14         Plaintiff,                )
                                    )   PARTIES' JOINT REQUEST TO CONTINUE
15         v.                        )   STATUS HEARING DATE AND [PROPOSED]
                                    )   ORDER
16  BECKY CHRISTIAN,                )
                                    )
17         Defendant.                )
                                    )
18  _____)

19         It is hereby stipulated by and between counsel for the United States, Assistant U.S.

20  Attorney Kyle F. Waldinger, and counsel for defendant **Becky Christian**, Steven M. Bauer, that,

21  subject to the Court's approval, the status hearings presently set for June 21, 2011, and July 18,

22  2011, be continued and set for a status hearing on July 20, 2011, at 2:30 p.m.  The United States

23  has previously learned from the Court's courtroom deputy that the Court is available on that date.

24         The reason for this request is that counsel for the defendant Becky Christian is currently

25  out of the office.  Because this case was only recently assigned to the Honorable Edward M.

26  Chen, and because this will be the defendant **Christian**'s first appearance before the Court,

27  defense counsel strongly prefers to be present for the hearing.  Counsel for the United States has

28  no objection to the defense request in this regard.  The defendant previously pleaded guilty in this

JOINT REQ. & [PROPOSED] ORDER
CR 08-0237 EMC

1 matter, and has agreed to cooperate with the government's investigation and prosecution of her
2 co-defendant David Nosal. Mr. Nosal's case has not yet proceeded to trial, and the defendant
3 Christian is expected to testify at that trial. At this point, the parties expect that there likely will
4 be a joint request that the defendant Christian be sentenced at the conclusion of the proceedings
5 involving the co-defendant Nosal.
6     For all of these reasons, the parties jointly request that this Court vacate the status
7 hearings presently set for June 21, 2011, and July 18, 2011, and set a status hearing for July 20,
8 2011, at 2:30 p.m.
9 SO STIPULATED.
10 Dated: June 20, 2011                          MELINDA HAAG
                                                 United States Attorney

                                                 _____/s/_____
                                                 KYLE F. WALDINGER
                                                 Assistant United States Attorney

15 SO STIPULATED.
16 Dated: June 20, 2011                          _____/s/_____
                                                 STEVEN M. BAUER
                                                 Attorney for defendant Becky Christian

19                          **[PROPOSED] O R D E R**
20     GOOD CAUSE APPEARING,
21     IT IS ORDERED that the status hearings presently set for June 21, 2011, and July 18,
22 2011, are vacated. The parties are ordered to appear for a status hearing on July 20, 2011, at 2:30
23 p.m.
24     Dated this __21st__ day of June, 2011

                                                 HONORABLE
                                                 UNITED STATES

*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court Northern District of California]*

JOINT REQ. & [PROPOSED] ORDER
CR 08-0237 EMC                                   -2-