MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 EMC |
|    Plaintiff, | ) | |
| | ) | JOINT MOTION AND REQUEST TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| v. | ) | |
| BECKY CHRISTIAN, | ) | |
|    Defendant. | ) | |

     The United States and the defendant Becky Christian jointly request that the status hearing presently set for April 25, 2012, be continued to September 5, 2012, at 2:30 p.m., for status.

     The defendant Becky Christian previously pled guilty pursuant to a plea agreement in which she agreed to cooperate with the United States in its investigation and prosecution of other individuals. It is now anticipated that Ms. Christian will testify at the trial of her co-defendant David Nosal in this case. Mr. Nosal's case is currently on appeal before the Ninth Circuit. Regardless of the Ninth Circuit's disposition of the United States' appeal in this matter, at least some charges alleged in the Indictment will proceed to trial, and Ms. Christian will testify at that trial.

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

1    Because Ms. Christian's cooperation with the government's investigation and prosecution
2 of other individuals is not yet complete, the parties jointly request that the Court continue the
3 scheduled status hearing of April 25, 2012, to September 5, 2012, at 2:30 p.m., for further status.

5 Respectfully submitted,
6 Dated: April 9, 2012                              MELINDA HAAG
                                                    United States Attorney

                                                    _____/s/_____
9                                                   KYLE F. WALDINGER
                                                    Assistant United States Attorney

12 Dated: April 9, 2012                             _____/s/_____
                                                    STEVEN BAUER
13                                                  Attorney for defendant Becky Christian

15                              [PROPOSED] O R D E R

16    GOOD CAUSE APPEARING,

17    IT IS ORDERED that the status hearing presently set for April 25, 2012, be continued to
18 September 5, 2012, at 2:30 p.m., for further status.

19    Dated this __10th__ day of April, 2012

IT IS SO ORDERED

Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC                                      -2-