1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

                     UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,       )   No. CR 08-0237 EMC
                                   )
        Plaintiff,                 )
                                   )   JOINT MOTION AND REQUEST TO
        v.                         )   CONTINUE STATUS HEARING AND
                                   )   [PR~~OPO~~SED] ORDER
   BECKY CHRISTIAN,                )
                                   )
        Defendant.                 )
   _____ )

       The United States and the defendant Becky Christian jointly request that the status

hearing presently set for September 5, 2012, be continued to January 23, 2013, at 2:30 p.m., for

status.

       The defendant Becky Christian previously pled guilty pursuant to a plea agreement in

which she agreed to cooperate with the United States in its investigation and prosecution of other

individuals. It is now anticipated that Ms. Christian will testify at the trial of her co-defendant

David Nosal in this case. The <u>Nosal</u> case has been on appeal. Earlier this month, the mandate of

the Ninth Circuit issued, and the parties in the <u>Nosal</u> case are scheduled to appear for a status

conference on August 29, 2012. The United States anticipates that a trial date will be set at that

time, or shortly thereafter. The defendant Christian is expected to testify in that trial. Because

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

1  Ms. Christian will be required to testify at trial, her cooperation with the government's
2  investigation is not yet complete.
3     For all of these reasons, the parties jointly request that this Court vacate the status hearing
4  presently set for September 5, 2012, and set a status hearing for January 23, 2013, at 2:30 p.m.

6  Respectfully submitted,
7  Dated:  August 17, 2012                     MELINDA HAAG
                                                United States Attorney

10                                              _____/s/_____
                                                KYLE F. WALDINGER
                                                Assistant United States Attorney

13  Dated: August 17, 2012                     _____/s/_____
                                                STEVEN BAUER
14                                              Attorney for defendant Becky Christian

16                        **[PROPOSED] O R D E R**
17     GOOD CAUSE APPEARING,
18     IT IS ORDERED that the status hearing presently set for September 5, 2012, is vacated.
19  The parties are ordered to appear for a status hearing on January 23, 2013, at 2:30 p.m.
20     Dated this ___17th___ day of August, 2012

                                                _____
                                                HONORABLE EDWARD M. CHEN
                                                UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC                        -2-