1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 08-0237 EMC
                                     )
14          Plaintiff,               )
                                     )
15      v.                           )   JOINT MOTION AND REQUEST TO
                                     )   CONTINUE STATUS HEARING AND
16  BECKY CHRISTIAN,                 )   [PROPOSED] ORDER
                                     )
17          Defendant.               )
    _____ )

18

19          The United States and the defendant Becky Christian jointly request that the status

20  hearing presently set for January 23, 2013 be continued to June 26, 2013 at 2:30 p.m., for a

21  sentencing hearing.

22          The defendant Becky Christian previously pled guilty pursuant to a plea agreement in

23  which she agreed to cooperate with the United States in its investigation and prosecution of other

24  individuals.  It is now anticipated that Ms. Christian will testify at the trial of her co-defendant

25  David Nosal in this case.  This Court has a set a trial date of April 8, 2013 for the Nosal case.

26  The defendant Christian is expected to testify in that trial.  Because Ms. Christian will be

27  required to testify at trial, her cooperation with the government's investigation is not yet

28  complete.

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for January 23, 2013 and set a sentencing hearing for June 26, 2013 at 2:30 p.m.  In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: January 7, 2013

MELINDA HAAG
United States Attorney

_____
                     /s/
KYLE F. WALDINGER
Assistant United States Attorney

Dated: January 7, 2013

_____
                     /s/
STEVEN BAUER
Attorney for defendant Becky Christian

### **[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for January 23, 2013 is vacated. The parties are ordered to appear for a status hearing on June 26, 2013 at 2:30 p.m.  The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this _____ day of January, 2013.
              10th

HONORABLE
UNITED STA



IT IS SO ORDERED

Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC                    -2-