MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0237 EMC |
| Plaintiff, ) | |
| ) | JOINT MOTION AND REQUEST TO |
| v. ) | CONTINUE HEARING AND SET |
| ) | SENTENCING DATE AND [PROPOSED] |
| BECKY CHRISTIAN, ) | ORDER |
| Defendant. ) | |

   The United States and the defendant Becky Christian jointly request that the hearing presently set for October 16, 2013 be continued to November 19, 2013 at 3:30 p.m., for a sentencing hearing.  The Court's deputy clerk has informed the parties that this date and time is available on the Court's calendar.

   As the Court is aware, Ms. Christian testified in April 2013 in the trial of the defendant David Nosal.  The defendant Nosal's sentencing hearing is scheduled for October 9, 2013.  The parties jointly request that Ms. Christian's sentencing date be scheduled for November 19, 2013 in order to provide the government sufficient time to fully assess the value of her cooperation following the Nosal sentencing.  In addition, it is possible that Ms. Christian may provide additional cooperation to the government with respect to the Nosal sentencing.

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

1  The parties are requesting a special setting on November 19, 2013 because Ms.
2  Christian's counsel, Steven Bauer, is currently working in Brussels, Belgium.  Mr. Bauer will be
3  in San Francisco during the week of November 18, 2013, but has a previously scheduled matter
4  on the day of the Court's regular criminal calendar (*i.e.*, November 20, 2013).

5  For all of these reasons, the parties jointly request that this Court vacate the hearing
6  presently set for October 16, 2013 and set a sentencing hearing for November 19, 2013 at 3:30
7  p.m.  In addition, the parties jointly request that the due dates for the presentence report be
8  calculated using the new sentencing date.

9  SO STIPULATED.

10 Dated: September 27, 2013                    MELINDA HAAG
                                                United States Attorney
11
12
                                                _____/s/_____
13                                              KYLE F. WALDINGER
                                                Assistant United States Attorney
14
15
16 Dated: September 27, 2013                    _____/s/_____
                                                STEVEN BAUER
17                                              Attorney for defendant Becky Christian
18

19                              **[PR~~OPOS~~ED] O R D E R**

20  GOOD CAUSE APPEARING,

21  IT IS ORDERED that the hearing presently set for October 16, 2013 is vacated.  The
22 parties are ordered to appear for a sentencing hearing on November 19, 2013 at ~~3:30~~ 3:15 p.m.  The
23 final presentence report should be disclosed two weeks prior to the sentencing date.

24
25        Dated this __11th__ day of ~~September~~ October, 2013.



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC                                  -2-