1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )  No. CR 08-0237 EMC
                                         )
14          Plaintiff,                   )  **JOINT MOTION AND REQUEST TO**
                                         )  **CONTINUE HEARING AND SET**
15     v.                                )  **SENTENCING DATE AND [PROPOSED]**
                                         )  **ORDER**
16  BECKY CHRISTIAN,                    )
                                         )
17          Defendant.                   )
                                         )
18  ─────────────────────────────────────

19          The United States and the defendant Becky Christian jointly request that the hearing presently set

20  for March 5, 2014 be continued to June 11, 2014 at 2:30 p.m., for a sentencing hearing. According to

21  the Court's website, this date is available. The Probation Officer has also been consulted.

22          As the Court is aware, Ms. Christian testified in April 2013 in the trial of the defendant David

23  Nosal. The defendant Nosal was sentenced to one year and one day of imprisonment on January 8,

24  2014. A restitution hearing is scheduled for February 12, 2014. The United States believes that the

25  current March 5, 2014 sentencing date will not give it sufficient time to assess the value of Ms.

26  Christian's cooperation. In addition, AUSA Waldinger is attending the ABA's White Collar Crime

27  conference in Miami on the day that sentencing is scheduled. Moreover, defense counsel Mr. Bauer is

28  currently scheduled to attend a law firm event. Accordingly, primary counsel for both parties are now

1  *unavailable* on March 5, 2014.

2      For all of these reasons, the parties jointly request that this Court vacate the hearing presently set

3  for March 5, 2014 and set a sentencing hearing for June 11, 2014 at 2:30 p.m.  In addition, the parties

4  jointly request that the due dates for the presentence report be calculated using the new sentencing date.

5  SO STIPULATED.

6  Dated: February 10, 2014                                    MELINDA HAAG
                                                              United States Attorney
7

8

9                                                              _____/s/_____
                                                              KYLE F. WALDINGER
10                                                             Assistant United States Attorney

11

12

13 Dated: February 10, 2014                                    _____/s/_____
                                                              STEVEN BAUER
14                                                             Attorney for defendant Becky Christian

15

16

17                              **[PROPOSED] O R D E R**

18      GOOD CAUSE APPEARING,

19      IT IS ORDERED that the hearing presently set for March 5, 2014 is vacated.  The parties are

20 ordered to appear for a sentencing hearing on June 11, 2014 at 2:30 p.m.  The final presentence report

21 should be disclosed two weeks prior to the sentencing date.

22

23

24 Dated this __14th__ day of February, 2014.

25                                                              _____
                                                              HON. EDWARD M. CHEN
26                                                             United States District Judge

27

28

APPROVED
Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC                                                                                  2